1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                     SOUTHERN DISTRICT OF CALIFORNIA

9

10   UNITED STATES OF AMERICA,        )      Criminal Case No. 89-cr-0192-E
                                       )
11                   Plaintiff,        )
                                       )
12        v.                           )      ORDER OF DISMISSAL OF INDICTMENT;
                                       )      RECALL ARREST WARRANT;
13   MARIO NAVARRO,                    )      AND JUDGMENT
                                       )
14                   Defendant.        )
                                       )
15

16        Upon application of the United States Attorney, and good cause appearing therefrom,

17        IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant

18   MARIO NAVARRO, is dismissed without prejudice; and,

19        IT IS FURTHER ORDERED that the outstanding arrest warrant for MARIO NAVARRO, be

20   recalled and judgment entered.

21   DATED:  May 1, 2012

22

23                                            Hon. William B. Enright
                                              United States District Judge
24

25

26

27

28